UNITED STATES DISTRICT COURT
CENTRAL DISTRICT, STATE OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JOSEPH TRAVIS, | ) |
| Plaintiff, | ) |
| vs. | ) No. 03-2092 |
| MARCUS BEACH, | ) |
| Defendant, | ) |
| SEAN ARIE (Rantoul Police Department), AMY MILK (Rantoul Police Department), PAUL DOLLINS (Chief of Police, Rantoul Police Department), VERMETTA WOODS, RANTOUL POLICE DEPARTMENT, and VILLAGE OF RANTOUL, | ) |
| Respondents in Discovery. | ) |

## NOTICE OF NAME AND ADDRESS CHANGE

NOW COMES ROBERT G. KIRCHNER and hereby notifies the Court of the change in his contact information as follows:

Robert G. Kirchner Law Office
100 Trade Centre Drive - Suite 402
Champaign, Illinois 61820
Phone Number:  (217) 355-5660
Facsimile Number:  (217) 355-5675
E-mail Address:  *rgk-kirchnerlaw@sbcglobal.net*

**s/ Robert Kirchner**
Robert Kirchner Bar Number: 6182070
Attorney for Plaintiff
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Fax: 217-355-5675
E-mail: rgk-kirchnerlaw@sbcglobal.net

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2004, I electronically filed the foregoing with the Clerk of the U.S. District Court using the CM/ECF system which will send notification of such filing to the following: Richard P. Klaus and John E. Elder.

**s/ Robert Kirchner**
Robert Kirchner Bar Number: 6182070
Attorney for Plaintiff
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Fax: 217-355-5675
E-mail: rgk-kirchnerlaw@sbcglobal.net

F:\WPDOCS\bob\Travis, Joseph\Travis v. Beach\Notice of Name and Address Change, 9-28-04.wpd