**E-FILED**
Tuesday, 05 October, 2004  11:15:23 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT, STATE OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| JOSEPH TRAVIS, ) | |
|     Plaintiff, ) | |
| vs. ) | No. 03-2092 |
| MARCUS BEACH, ) | |
|     Defendant, ) | |
| ) | |
| SEAN ARIE (Rantoul Police Department), AMY ) | |
| MILK (Rantoul Police Department), PAUL ) | |
| DOLLINS (Chief of Police, Rantoul Police ) | |
| Department), VERMETTA WOODS, RANTOUL ) | |
| POLICE DEPARTMENT, and VILLAGE OF ) | |
| RANTOUL, ) | |
|     Respondents in Discovery. ) | |

### NOTICE OF HEARING

YOU ARE HEREBY NOTIFIED THAT on the 13th day of October, 2004 at 9:30 a.m., or as soon thereafter as Counsel may be heard, we shall proceed to a **Status Hearing by telephone,** before the Honorable Judge Bernthal, at which time and place you may appear, if you so desire.

DATED: October 5, 2004.    **s/ Robert Kirchner**
Robert Kirchner Bar Number: 6182070
Attorney for Plaintiff
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Fax: 217-355-5675
E-mail: rgk-kirchnerlaw@sbcglobal.net

### CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2004, I electronically filed the foregoing with the Clerk of the U.S. District Court using the CM/ECF system which will send notification of such filing to the following: Richard P. Klaus.

**s/ Robert Kirchner**
Robert Kirchner Bar Number: 6182070
Attorney for Plaintiff
100 Trade Centre Drive, Suite 402
Champaign, IL 61820
Phone: 217-355-5660
Fax: 217-355-5675
E-mail: rgk-kirchnerlaw@sbcglobal.net