**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT, STATE OF ILLINOIS**
**URBANA DIVISION**

| | |
|---|---|
| JOSEPH TRAVIS,      Plaintiff, | ) ) |
| vs. | )   No. 03-2092 |
| MARCUS BEACH,      Defendant, | ) ) ) |
| SEAN ARIE (Rantoul Police Department), AMY MILK (Rantoul Police Department), PAUL DOLLINS (Chief of Police, Rantoul Police Department), VERMETTA WOODS, RANTOUL POLICE DEPARTMENT, and VILLAGE OF RANTOUL,      Respondents in Discovery. | ) ) ) ) ) ) ) ) |

**NOTICE OF DEPOSITION**

To:    **Richard Klaus**
       **Attorney at Law**
       **102 East Main Street**
       **Suite 300**
       **Post Office Box 129**
       **Urbana, IL 61801**

YOU WILL HEREBY TAKE NOTICE THAT the undersigned counsel for the Plaintiff will take the deposition of **Officer Marcus Beach** on November 10th, 2004 at 10:00 a.m. before Area Wide Reporting Service, a notary public, or any other officer authorized by law to take depositions at the Law Office of **Richard Klaus, 102 East Main Street, Suite 300, Urbana, IL 61801**, at which time and place you may appear.

                          **s/ Robert Kirchner**
                          Robert Kirchner Bar Number: 6182070
                          Attorney for Plaintiff
                          100 Trade Centre Drive, Suite 402
                          Champaign, IL 61820
                          Phone: 217-355-5660
                          Fax: 217-355-5675
                          E-mail: rgk-kirchnerlaw@sbcglobal.net

## CERTIFICATE OF SERVICE

      I hereby certify that on October 5, 2004, I electronically filed the foregoing with the Clerk of the U.S. District Court using the CM/ECF system which will send notification of such filing to the following:

**Richard P Klaus**
rklaus@hrva.com urbecf@hrva.com

          **s/ Robert Kirchner**
          Robert Kirchner Bar Number: 6182070
          Attorney for Plaintiff
          100 Trade Centre Drive, Suite 402
          Champaign, IL 61820
          Phone: 217-355-5660
          Fax: 217-355-5675
          E-mail: rgk-kirchnerlaw@sbcglobal.net

2:03-cv-02092-DGB    # 28    Page 2 of 2