**E-FILED**
Monday, 15 November, 2004  10:40:46 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | | |
|---|---|---|
| **JOSEPH TRAVIS,** | ) | |
| **Plaintiff,** | ) | |
| v. | ) | |
| | ) | Case No. 03-2092 |
| **MARCUS BEACH,** | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER FOLLOWING REPORT OF SETTLEMENT

This case has been reported settled by the parties. The parties are hereby directed to file with the court, within thirty-five (35) days of the date of this order, a stipulation of dismissal and a dismissal order. All time tables and scheduled hearings are vacated until further order.

ENTER this 15th day of November, 2004.

s/ DAVID G. BERNTHAL<br>
U.S. MAGISTRATE JUDGE