01526-N7292
RPK:dkl
G:\92\N7292\N7292SET 002

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JOSEPH TRAVIS,<br>　　　Plaintiff,<br><br>　　　vs.<br><br>MARCUS BEACH,<br>　　　Defendant,<br><br>and<br><br>SEAN ARIE (Rantoul Police Department), AMY MILK (Rantoul Police Department), PAUL DOLLINS (Chief of Police, Rantoul Police Department), VERMETTA WOODS, RANTOUL POLICE DEPARTMENT, and VILLAGE OF RANTOUL,<br>　　　Respondents in Discovery. | )<br>)<br>)<br>)<br>)<br>) Case No. 03-2092<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION FOR DISMISSAL

NOW COME the parties, by their respective counsel, and stipulate and agree that the above and foregoing cause of action of the Plaintiff, JOSEPH TRAVIS, be dismissed with prejudice, in bar of action, costs paid, cause of action satisfied.

| JOSEPH TRAVIS, Plaintiff | MARCUS BEACH, Defendant |
|---|---|
| s/ Robert G. Kirchner | s/ Richard P. Klaus |
| Attorney for Plaintiff | Attorney for Defendant |
| Robert G. Kirchner Law Office | Heyl, Royster, Voelker & Allen |
| 100 Trade Centre Dr., Suite 402 | 102 E. Main Street, Suite 300 |
| Champaign, IL 61820 | Urbana, IL 61801 |
| Phone: 217-3550-5660 | Phone: 217-344-0060 |
| Facsimile: 217-355-5675 | Facsimile: 217-344-9295 |
| E-mail: rgk-kirchnerlaw@sbcglobal.net | E-mail: rklaus@hrva.com |

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2004, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Robert G. Kirchner
rgk-kirchnerlaw@sbcglobal.net

                                                s/  Richard P. Klaus
                                                Attorney for Defendants
                                                Heyl, Royster, Voelker & Allen
                                                Suite 300
                                                102 E. Main Street
                                                P.O. Box 129
                                                Urbana, IL 61803-0129
                                                217-344-0060 Phone
                                                217-344-9295 Fax
                                                E-mail:  rklaus@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060