UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JOSEPH TRAVIS,<br>    Plaintiff,<br><br>vs.<br><br>MARCUS BEACH,<br>    Defendant,<br><br>and<br><br>SEAN ARIE (Rantoul Police Department), AMY MILK (Rantoul Police Department), PAUL DOLLINS (Chief of Police, Rantoul Police Department), VERMETTA WOODS, RANTOUL POLICE DEPARTMENT, and VILLAGE OF RANTOUL,<br>    Respondents in Discovery. | Case No. 03-2092 |

## ORDER OF DISMISSAL

Upon the written Stipulation of the parties filed herein, it is hereby ordered that the above-entitled cause of action is hereby dismissed with prejudice in bar of action, costs paid, cause of action satisfied.

ENTER this 29th day of November, 2004.

                                                        s/ DAVID G. BERNTHAL
                                                        U.S. MAGISTRATE JUDGE